# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DR DISTRIBUTORS, LLC,

          Plaintiff-Counterdefendant,

v.

21 CENTURY SMOKING, INC., and BRENT
DUKE,

          Defendants-Counterclaimants,

v.

CB DISTRIBUTORS, INC., and CARLOS
BENGOA,

          Counter-Defendants.

**Case Number:** 3:12 – cv – 50324

**Judge:** Frederick J. Kapala

**Magistrate Judge:** P. Michael
Mahoney

## CERTIFICATION OF SERVICE

On November 20, 2013, I, the undersigned, caused to be delivered, by ECF, to:

Thomas Leavens, Esq.
203 North LaSalle Street
Suite 2550
Chicago, IL 60601
e-mail: tleavens@lsglegal.com

copies of the following:

1. Plaintiff's Motion for Leave to File Oversize Brief in Support of Their Opposition to Defendant's Motion for Partial Summary Judgment;
2. Plaintiff's Memorandum of Law in Opposition to Defendant-Counterclaimant 21 Century Smoking's Motion for Partial Summary Judgment;
3. Plaintiff's Local Rule 56.1 Response to Defendant-Counterclaimant 21 Century Smoking's Local Rule 56.1 Statement of Undisputed Material Facts and Plaintiff's Statement of Additional Material Facts;
4. Declaration of Carlos Bengoa, with Exhibits A-H;
5. Declaration of Peter Kent, with Exhibit A;
6. Declaration of Brian M. Gaynor; and

7.  Certification of Service.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  November 21, 2013                    /s/ Jessica M. Wilde_____
                                             Jessica M. Wilde, Esq.