**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Western Division**

DR Distributors, LLC

                         Plaintiff,

v.                                        Case No.: 3:12–cv–50324
                                                 Honorable Frederick J. Kapala

21 Century Smoking, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 5, 2013:

       MINUTE entry before the Honorable P. Michael Mahoney: At the request of counsel, telephonic status hearing is set for 12/9/2013 at 10:00 AM. Mailed notice(ngm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.