UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR DISTRIBUTORS, LLC, <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> 21 CENTURY SMOKING, INC., and BRENT DUKE, <br><br> Defendants-Counterclaimants, <br><br> v. <br><br> CB DISTRIBUTORS, INC., and CARLOS BENGOA, <br><br> Counter-Defendants. | **Case Number:** 3:12 – cv – 50324 <br><br> **Judge:** Frederick J. Kapala <br><br> **Magistrate Judge:** Iain D. Johnston |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENT IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT-COUNTERCLAIMANTS' MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORT OF DAVID HAAS

Plaintiff-Counterdefendants DR Distributors, LLC ("DR"), CB Distributors, Inc. ("CB"), and Carlos Bengoa ("Bengoa") (collectively the "Plaintiffs"), respectfully move this Court for leave to file a supplement in support of their opposition to Defendant-Counterclaimant 21 Century Smoking, Inc. and Brent Duke's (the "Defendants") motion for leave to supplement the expert report of David Haas.

A copy of Plaintiffs' proposed supplement in support of their opposition is attached hereto, along with copies of the case law cited therein. Plaintiffs' respectfully submit that their supplementation will assist the Court in fully resolving the issues concerning Federal Rule of Civil Procedure 26 – specifically, Rule 26(e)(1) and Rule 26(e)(2) - presented during oral argument heard on Defendants' Motion on June 7, 2016.

{0065-1370/00412491-1}

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order granting Plaintiffs leave to file their supplement in support of their opposition.

Dated: June 20, 2016

Respectfully submitted,

NICOLL DAVIS & SPINELLA, LLP

By: /s/  Brian M. Gaynor
 ANTHONY J. DAVIS
 adavis@ndslaw.com
 BRIAN M. GAYNOR
 bgaynor@ndslaw.com
 95 Route 17 South, Suite 203
 Paramus, New Jersey 07652
 201-712-1616
 201-712-9444 (fax)

and

 /s/  Robert C. von Ohlen
 ROBERT C. VON OHLEN
 rvo@vonohlenlaw.com
 1340 W. Deerpath Road
 Lake Forest, Illinois 60045
 888-376-7475
 888-354-4244
 Attorneys for PlaintiffCounterdefendants
 DR Distributors, LLC, CB Distributors, Inc., and Carlos Bengoa

{0065-1370/00412491-1}