## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR DISTRIBUTORS, LLC,<br><br>      Plaintiff-Counterdefendant,<br><br>v.<br><br>21 CENTURY SMOKING, INC., and BRENT DUKE,<br><br>      Defendant-Counterclaimants,<br><br>v.<br><br>CB DISTRIBUTORS, INC., and CARLOS BENGOA,<br><br>      Counter-Defendant. | Case Number: 3:12 – cv – 50324<br><br>Judge: Frederick J. Kapala<br><br>Magistrate Judge: Iain D. Johnston<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE SUPPLEMENT IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT-COUNTERCLAIMANTS' MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORT OF DAVID HAAS**<br><br>**Motion Date: June 23, 2016** |

      **PLEASE TAKE NOTICE that on June 23, 2016, at 10:00 A.M. or as soon thereafter as counsel may be heard**, the undersigned, attorneys for Plaintiff DR Distributors, LLC and Counter-Defendant CB Distributors, Inc. and Carlos Bengoa (collectively the "Plaintiffs") shall move before Magistrate Judge Iain D. Johnston at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101, for leave to file a supplement in support of their opposition to Defendant-Counterclaimants' motion for leave to supplement the expert report of David Haas.

{0065-1370/00393386-1}

          Respectfully submitted,

Dated: June 20, 2016      Attorneys for Plaintiffs

          /s/ *Brian M. Gaynor*
          ANTHONY J. DAVIS
          BRIAN M. GAYNOR
          Nicoll Davis & Spinella LLP
          95 Route 17 South
          Paramus, New Jersey 07652
          Phone: (201) 712-1616
          Fax: (201) 712-9444
          adavis@ndslaw.com
          bgaynor@ndslaw.com

            and

          ROBERT C. VON OHLEN
          Robert C. von Ohlen & Associates
          1340 W. Deerpath Road
          Lake Forest, IL 60045
          Phone: (888) 376-7475
          rvo@vonohlenlaw.com