IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DR Distributors, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 12 C 50324 |
| | ) | |
| 21 Century Smoking, Inc., and Brent Duke | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [189] from the magistrate judge that this court deny plaintiff's motion to recover fees they incurred preparing to depose defendants' expert witness before the defendants withdrew the expert and cancelled the deposition. Plaintiffs bring the motion pursuant to Federal Rule of Civil Procedure 37. Objections were due by March 21, 2017, and no objections have been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no errors, the court adopts the R&R in full and denies plaintiffs' motion for fees [184].

Date: 3/31/2017                                   ENTER:

                                                  _____
                                                  FREDERICK J. KAPALA
                                                  District Judge