UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Western Division

DR Distributors, LLC
                Plaintiff,

v.                               Case No.: 3:12−cv−50324
                                    Honorable Frederick J. Kapala

21 Century Smoking, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 17, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 5/17/2018. Defendants shall provide the plaintiffs with the documents discussed in open court, in native format and in hard copy, by 5/31/2018. Each side shall also provide chambers with a list of at least 3 ESI vendors by 5/31/2018. All motions for summary judgment and related motions are now stricken without prejudice for the reasons stated on the record: 213, 235, 239, 241, 244 and 250. The motion presentment set for 5/22/2018 and the telephonic status hearing previously set for 7/24/2018 are also stricken. Telephonic status hearing set for 6/26/2018 at 2:00 PM. By 6/22/2018 counsel shall provide direct−dial telephone numbers to the Court's operations specialist. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.