UNITED STATES DISTRICT COURT FOR THE
NOTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| DR DISTRIBUTORS, LLC, and CB DISTRIBUTORS, INC. ) ) Plaintiffs/Counterclaimant, ) ) v. ) ) 21 CENTURY SMOKING, INC., and BRENT DUKE, ) ) Defendant/Counterclaim Defendant, ) | Case Number: 3:12 – cv – 50324 Judge: Frederick J. Kapala Magistrate Judge: Iain Johnston |
| 21 CENTURY SMOKING, INC., ) ) Counterclaimant, ) ) v. ) ) DR DISTRIBUTORS, LLC, CB DISTRIBUTORS, INC. and CARLOS BENGOA, ) ) Counterclaim Defendants. ) | |

**21 CENTURY SMOKING'S SUBMISSION OF FORENSIC DISCOVERY FIRMS**

In accordance with the Court's request on May 17, 2018, 21 Century Smoking, Inc. submits the following three Forensic

1. Bruce Malter, CEDS
   Discover Ready
   312-479-5386
   www.discoveryready.com
   Bruce.Malter@discoverready.com

1

2. Josh Lowrey
 **4Discovery, LLC.**
 www.4Discovery.com
 O: (312) 924-5761 x17
 M: (515) 571-0035
 Josh@4Discovery.com

3. Q Discovery
 309 West Washington Street, Suite 1300
 Chicago, Illinois 60606

Dated: May 31, 2018

                                              21 CENTURY SMOKING, INC. and
                                              BRENT DUKE

                                              /s/ Peter S. Stamatis
                        By:        _____
                                                One of their Attorneys

| | |
|---|---|
| Thomas R. Leavens (Bar No. 1601016) | Peter S. Stamatis (Bar No. 6217496) |
| Travis W. Life (Bar No. 6279244) | Steven S. Shonder |
| Leavens Strand & Glover, LLC | Law Offices of Peter S. Stamatis, PC |
| 203 North LaSalle Street, Suite 2550 | 1 East Wacker Drive, Suite 2350 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |
| (312) 488-4170 | (312) 606-0045 |