# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

DR Distributors, LLC

                              Plaintiff,

v.                                                       Case No.: 3:12–cv–50324

                                                            Honorable Frederick J. Kapala

21 Century Smoking, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 10, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Status report [273] was received. The report has been reviewed and the Court finds it to be troubling and disturbing. The Court acknowledges the defendants are "ready, willing and able" to subpoena the Yahoo Messenger data, but it is not up to this Court to instruct counsel how to preserve evidence. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.