UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Western Division

DR Distributors, LLC

                        Plaintiff,

v.                                                         Case No.: 3:12−cv−50324
                                                           Honorable Iain D. Johnston

21 Century Smoking, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 3, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the notice of bankruptcy and the automatic stay [504], the Court stays further consideration of the pending motions for fees [477] and second motion for sanctions [497]. For reporting purposes the motions [477] and [497] are stricken without prejudice. The plaintiff may seek their reinstatement after the automatic stay is lifted. Counsel shall file a joint written statement every 90 days on the status of the bankruptcy proceedings beginning on 2/4/2022. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.