## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

DR Distributors, LLC,

Plaintiff(s),

v.

21 Century Smoking Inc., and Brent Duke,

Defendant(s).

Case No.  3:12-cv-50324
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) DR Distributors, LLC
and against defendant(s) 21 Century Smoking, Inc. and Brent Duke
in the amount of $1,263,372.00 ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Counterclaim against CB Distributors, Inc., Carlos Bengoa, and DR Distributors, LLC is dismissed.

---

This action was *(check one)*:

☐ tried by a jury with Judge Iain D. Johnston presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a motion for sanctions.

Date:  6/17/2024

Thomas G. Bruton, Clerk of Court

\s\Yvonne Pedroza, Deputy Clerk