# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 20, 2024

*By the Court*:

| | |
|---|---|
| No. 24-2146 | DR DISTRIBUTORS, LLC,<br>   Plaintiff/Counterdefendant - Appellee<br><br>v.<br><br>21 CENTURY SMOKING, INC. and BRENT DUKE,<br>   Defendants/Counterclaimants<br><br>APPEAL OF: PETER S. STAMATIS |
| **Originating Case Information:** | |
| District Court No: 3:12-cv-50324<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**, filed on August 19, 2024, by counsel for appellant Peter S. Stamatis,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate** (form ID: **137**)